IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUANITA ORME, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:09-cv-241-MEF-WC |
| | ) |
| DYNAMIC EDUCATIONAL SYSTEMS, INC., | )   (WO – DO NOT PUBLISH) |
| | ) |
|     Defendant. | ) |

**O R D E R**

It is hereby ORDERED that

(1) The joint Motion for Suspension of Deadlines (Doc. #16) is GRANTED;

(2) The deadlines contained in the order entered by the Court on October 1, 2009 (Doc. #15), including the pretrial conference and trial setting, are CONTINUED generally; and

(3) The parties shall file a joint stipulation of dismissal **on or before June 30, 2010**. In the alternative, if the parties are still waiting for bankruptcy court approval of the settlement, the parties shall file a jointly prepared report on the status of the bankruptcy court proceedings with regards to their settlement **on or before June 30, 2010**.

DONE this the 31st day of March, 2010.

                                                     /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE